**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jose DE LEON–HERNANDEZ, Defendant–Appellant.**

No. 04–20918
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 31, 2007.

Joe A. Salinas, III, Houston, TX, for Defendant–Appellant.

Jose De Leon–Hernandez, Big Spring, TX, pro se.

Before JONES, Chief Judge, and HIGGINBOTHAM and OWEN, Circuit Judges.

PER CURIAM: *

Jose De Leon–Hernandez appeals the sentences imposed following his guilty-plea convictions for harboring undocumented aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(II), and (a)(1)(B)(i). He argues that his sentence should be vacated and the case should be remanded for resentencing because it is unclear whether he was sentenced pursuant to an advisory guidelines scheme or a mandatory guidelines scheme in violation of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

De Leon–Hernandez has been released from prison and removed from the United States. Because De Leon–Hernandez is barred from returning to the United States and there is no indication that he has waived his right to be present for resentencing, his challenge to the validity of his sentence is moot. *See United States*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007).

APPEAL DISMISSED.